# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __13 m 576__
2) Defendant's Name: __Yard__ __Alberto__ _____
   (Last)            (First)         (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes  __No  Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: __✓__ Yes __No  Date/Time: __7/2/13__
10) Detention Hearing Held: ____ Bail set at: __$750,000__ ROR Entered: ____ POD Entered: ____
11) Temporary Order of Detention Entered: ____ Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____; or waived: __✓__
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __David Pitluck__
14) DEFENSE COUNSEL'S NAME: ~~illegible~~ __John Esposito__
    Address: _____
    Bar Code: _____ CJA: __ FDNY: __✓__ RET: __✓__
    Telephone Number: (___) _____
15) LOG #: __(5:31 - 6:12)__ MAG. JUDGE: __Marilyn D. Go__
16) __✓__ Defendant was advised of bond conditions by the Court and signed the bond.
    __3__ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    __1__ Additional surety (ies) to co-sign bond by __7/3/13__

Other Comments/Rulings: _____
_____
_____

17) Complaint/Affidavit/Indictment unsealed: __Yes __No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE